# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00748-CV

**Michael Patrick Jacobs, Sr., and Charlotte Jacobs,
individually and as Next Friends of J.K. and Z.J., minors, Appellants**

**v.**

**Taser International, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-10-003622, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion requesting that this appeal be dismissed. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellants' Motion

Filed:  August 2, 2013